[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-12821
Non-Argument Calendar

_____

D.C. Docket No. 5:17-cr-00013-MTT-CHW-8

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTONIO MENDEZ-RAMOS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(May 10, 2021)

Before GRANT, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

Antonio Mendez-Ramos appeals his 210-month sentence for conspiracy to

possess with intent to distribute methamphetamine.  The government has moved to

dismiss based on the appeal waiver contained in the plea agreement. Because we find that Mendez-Ramos knowingly and voluntarily agreed to the appeal waiver and that this appeal does not fall under any of the waiver's exceptions, the government's motion to dismiss is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Weaver*, 275 F.3d 1320, 1333 (11th Cir. 2001) (appeal waiver was valid when the district court "referenced" it during the Rule 11 plea colloquy and the defendant "agreed that she understood the provision and that she entered into it freely and voluntarily").